Case 3:10-cv-01113-UATC-MCR Document 1 Filed 12/07/10 Page 1 of 2

ORIGINAL

FILED

2010 DEC -7 AM 9: 52
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLYDE BENNINGHOFF ) Case No.
)
PLAINTIFF ) NOTICE OF REMOVAL
)
v ) 3:10-cv-1113-J-99TJC-MCR
)
ALICE POTTER )
)
DEFENDANT )
)

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Alice Potter hereby removes to this court the state court action described below.

I.  On November 10, 2010, an action was commenced in the Nassau County Florida Circuit Court, Nassau County, Florida, entitled <u>Clyde Benninghoff, Plaintiff, vs. Alice Potter, Defendant</u>, Case number 45-2010-CA-000967. That action seeks to set aside a binding FINRA Dispute Resolution arbitration award in the amount of $911,555 entered in favor of the Defendant Ms. Potter and against the Plaintiff, Clyde Benninghoff

II. To date, Defendant has not been personally served with the summons and complaint, but has authorized her Nevada based attorney David Liebrader to accept service of the summons and complaint on her behalf, and Plaintiff was notified of this authorization to accept service <u>on December 2, 2010</u>. As a result this notice is timely.

III.  A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as Exhibit "A".

IV.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441 (b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because Defendant Alice Potter, a resident of Colorado received a binding FINRA Dispute Resolution arbitration award in the amount of $911,555 on November 9, 2010 against Clyde Benninghoff a resident of Florida.

V.  Defendant is informed and believes that Plaintiff Clyde Benninghoff was and still is, a citizen of the state of Florida. Defendant Alice Potter was, at the time of the filing of this action, and still is a citizen of Colorado and is the only defendant that has been served summons and complaint in this action.

WHEREFORE, Defendant Alice Potter prays that this action be removed to the United States District Court for the Middle District of Florida, Jacksonville Division.

Dated: December 6, 2010        Respectfully submitted,

Alice Potter
By: *Alice Potter*
Defendant in pro per
Golden West Apt. 1223
1055 Adams Circle
Boulder, CO 80303
Ph: (646) 246-1537

2