UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CLYDE A. BENNINGHOFF,

    Plaintiff

vs.                                      Case No. 3.10-cv-1113-J-99TJC-MCR

ALICE J. POTTER,

    Defendant

---

ALICE J., POTTER,

    Plaintiff,

vs.                                      Case No. 3:10-cv-1199-J-32MCR

CLYDE A. BENNINGHOFF,

    Defendant,

and

COMPASS BANK and PERSHING, LLC.,

    Garnishees.

---

## PAULA BENNINGHOFF'S MOTION TO INTERVENE AND TO DISSOLVE WRIT OF GARNISHMENT

COMES NOW, PAULA J. BENNINGHOFF, INTERVENOR, by and through undersigned counsel and hereby moves to intervene and dissolve writ of garnishment issued in this action on the following grounds:

    1.    The funds held by garnishee, Compass Bank, are from accounts 0088806190 and 0088806204 which are titled to Clyde Benninghoff and Paula J. Benninghoff as

tenants of the entirety.

2. Alice J. Potter by virtue of the judgment cited in the Writ of Garnishment has no claim to property owned by Paula J. Benninghoff.

3. Paula J. Benninghoff is unjustifiably suffering harm from the Writ of Garnishment without due process.

4. Paula J. Benninghoff moves this court to dissolve the Writ of Garnishment.

### Certificate of service

I HEREBY certify that a true and exact copy has been served by U.S. Mail to THOMAS W. FRANCHINO, ESQUIRE, THOMAS W. FRANCHINO, P. A., 1250 North Tamiami Trail, Suite 106, Naples, Florida 34102, this 27th day of July, 2011.

JACOBS SCHOLZ & ASSOCIATES, LLC

Arthur I. Jacobs
Florida Bar No. 108249
Richard J. Scholz
Florida Bar No. 0021261
961687 Gateway Boulevard, Suite 201-I
Fernandina Beach, Florida 32034
Telephone: (904) 261-3693